Approved: _____
CHRISTY SLAVIK
Assistant United States Attorney

Before:   THE HONORABLE ONA T. WANG
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   **COMPLAINT**
                                    :
        - v. -                      :   Violations of 18 U.S.C.
                                    :   §§ 111, 1114, and 2
ALEXANDER SANTIAGO, JR.,            :
                                    :   COUNTY OF OFFENSE:
              Defendant.            :   BRONX
- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

        PATRICK LEWIS, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**
(Assaulting, Resisting, and Impeding a Federal Officer)

        1.   On or about January 15, 2021, in the Southern District of New York, ALEXANDER SANTIAGO, JR., the defendant, willfully and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in and on account of the performance of his official duties, and in doing so, made physical contact with the person, used a deadly and dangerous weapon, and inflicted bodily injury, to wit, the defendant released a pit bull to attack FBI agents and task force officers who were lawfully executing a search warrant of the defendant's residence, which pit bull in fact attacked an FBI task force officer and thereby caused bodily injury to that FBI task force officer.

        (Title 18, United States Code, Sections 111(a), 111(b), 1114, and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2.  I am a Special Agent with the FBI and have been so employed since July 2019. In my current position, I investigate violations of federal criminal laws, including offenses involving violent acts against federal officers. I have been personally involved in the investigation of this matter. This affidavit is based on my conversations with other law enforcement officers, my examination of documents, reports, and records prepared by the FBI and law enforcement officers, and my involvement in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of the documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.  Based on my review of law enforcement records, I have learned that on or about January 15, 2021, a United States Magistrate Judge in the Southern District of New York signed a search warrant (the "Search Warrant") authorizing law enforcement agents to search a particular residence in the Bronx (the "Bronx Residence").

4.  Based on my participation in this matter as well as my conversations with other law enforcement officers, I know that on or about January 15, 2021, FBI agents and task force officers ("TFOs") went to the Bronx Residence to execute the Search Warrant.

5.  Based on my participation in the execution of the Search Warrant as well as my conversations with other law enforcement officers, I have learned the following:

a.  When FBI agents and TFOs arrived at the Bronx Residence, they gathered around the front door, and knocked on the front door to announce their presence.

b.  As the FBI agents and TFOs knocked on the door, one FBI agent looked in the front window of the Bronx Residence and observed ALEXANDER SANTIAGO, JR., the defendant, run from the common living and dining area (the "Common Area") into a bedroom ("Bedroom-1") inside of the Bronx Residence and

2

close the door to Bedroom-1.  The door of Bedroom-1 opened directly into the Common Area.

      c.    After knocking several times and announcing their presence and that they were there to execute a search warrant, the FBI agents and TFOs breached the front door and entered into the Common Area of the Bronx Residence.

      d.    Seconds after the FBI agents and TFOs entered the Bronx Residence, SANTIAGO opened the door to Bedroom-1 and released a pit bull (the "Pit Bull") from Bedroom-1 into the Common Area.  The Pit Bull ran from Bedroom-1 directly toward the FBI agents and TFOs.  SANTIAGO immediately shut the door to Bedroom-1 after he released the Pit Bull from Bedroom-1.

      e.    The Pit Bull immediately lunged at one of the FBI TFOs ("FBI TFO-1"), biting FBI TFO-1 on the arm and causing bodily harm.  The FBI agents and TFOs were unable to restrain the Pit Bull.

      f.    After the FBI agents and TFOs threatened to shoot the Pit Bull to prevent further harm to the FBI agents and TFOs, SANTIAGO emerged from Bedroom-1.

      g.    Due to the severity of the injuries caused by the Pit Bull, FBI TFO-1 was rushed to a hospital.  A photograph of the injury sustained by FBI TFO-1 is below:



      h.    The FBI agents and TFOs subsequently executed the Search Warrant at the Bronx Residence.  As a result of the

search of the Bronx Residence, the FBI agents and TFOs recovered two firearms, multiple rounds of ammunition, which were located inside of Bedroom-1, and other evidence sought pursuant to the Search Warrant, some of which was recovered from Bedroom-1.

   WHEREFORE, deponent respectfully requests that ALEXANDER SANTIAGO, JR., the defendant, be imprisoned or bailed, as the case may be.

   _S/ Patrick Lewis /otw_____
   PATRICK LEWIS
   Special Agent
   Federal Bureau of Investigation

Sworn to me through the transmission of this Affidavit by reliable electronic means this 16th day of January, 2021

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK