March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

ALEXANDER SANTIAGO, JR.,

        Defendant(s).

-----------------------------------------------------------------X

____-CR-_____(___) (___)

**20m618**

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- **X**    Initial Appearance/Appointment of Counsel

- ___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ___    Preliminary Hearing on Felony Complaint

- ___    Bail/Revocation/Detention Hearing

- ___    Status and/or Scheduling Conference

- ___    Misdemeanor Plea/Trial/Sentence

/s/ ALEXANDER SANTIAGO, JR.,
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

/s/ Paul D'Emilia
Defense Counsel's Signature

/s/ ALEXANDER SANTIAGO, JR.,
Print Defendant's Name

/s/ Paul D'Emilia
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/19/2021
Date

_Stuart D. Aaron_
U.S. Magistrate Judge