# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No.                                                                                   Date

    USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

    Complaint        Removal Proceedings in

*United States v.*

The Complaint/Rule 40 Affidavit was filed on

    *U.S. Marshals please withdraw warrant*

                                                                        ASSISTANT UNITED STATES ATTORNEY
                                                                               (handwritten or digital signature)

                                                                               (print name if signature handwritten)

**SO ORDERED:**

DATE:

                                                                              JAMES L. COTT
                                                                              United States Magistrate Judge